UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Jennifer T.,                          )
                                      )
          Plaintiff,                  )
                                      )     2:22-cv-00047-JAW
     v.                               )
                                      )
KILOLO KIJAKAZI, Acting               )
Commissioner of Social Security,      )
                                      )
          Defendant.                  )

**ORDER AFFIRMING
RECOMMENDED DECISION**

The United States Magistrate Judge filed with the Court on January 6, 2023, her Recommended Decision. *Report and Recommended Decision* (ECF No. 25). Plaintiff Jennifer T. did not file any objection. The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and the Court made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision and determines that no further proceeding is necessary.

The Court AFFIRMS the Recommended Decision of the Magistrate Judge (ECF No. 25) and thereby AFFIRMS the Commissioner's decision.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 30th day of January, 2023